# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-447-DCK

| | |
|---|---|
| SANDRA D. HENDERSON, | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| NOVANT MEDICAL GROUP, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The Court notes that the parties have failed to identify a mediator as required by the "Pretrial Order And Case Management Plan" (Document No. 22, p.5). The deadline to identify a mediator was July 6, 2013. (Document No. 22, p.1). To date, no mediator has been identified.

**IT IS, THEREFORE, ORDERED** that the parties identify a mediator on or before **August 30, 2013**.

**SO ORDERED**.

Signed: August 16, 2013

David C. Keesler
United States Magistrate Judge